MARY DRYOVAGE, CSBN 112551
Law Offices of Mary Dryovage

600 Harrison Street, Suite 120
San Francisco, California 94107
Telephone: (415) 593-0095
Facsimile:  (415) 593-0096
Email: mydryovage@igc.org

Attorney for Plaintiff KAREN S. O'MARA

JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
JOANN M. SWANSON, CSBN 88143
Chief, Civil Division
JUAN D. WALKER, CSBN 208008
Special Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-6915
FAX: (415) 436-6748
Email: juan.walker@usdoj.gov

Attorneys for Defendant KEN SALAZAR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN S. O'MARA, | ) Docket No. CV-10-1378 JSW |
| Plaintiff, | ) |
| v. | ) **STIPULATION CONTINUING INITIAL CASE MANAGEMENT CONFERENCE** |
| KEN SALAZAR, SECRETARY OF THE U.S. DEPARTMENT OF INTERIOR, | ) |
| Defendant. | ) |

IT IS HEREBY STIPULATED by and between the parties hereto, that

1. The Initial Case Management Conference in the above-entitled case is currently set for July 16, 2010 at 1:30 p.m..

STIPULATION CONTINUING INITIAL CASE MANAGEMENT CONFERENCE
O'mara v. Salazar, CV-10-1378 JSW                1

2. Plaintiff's counsel is lead counsel in an EEOC hearing scheduled for July 12 through July 16, 2010, which cannot be continued due to the fact that witnesses have been scheduled to testify at government expense from Korea, Iraq, Afghanistan, the state of Washington, and the state of Georgia.

3. The parties, therefore, request that the ICMC be continued until July 23, 2010 at 1:30 p.m. or as soon thereafter as can be scheduled by the court.

DATED: July 8, 2010         LAW OFFICES OF MARY DRYOVAGE

/S/ electronic signature authorized
_____
MARY DRYOVAGE
Attorney for Salvador Mandujano

DATED: July 8, 2010         JOSEPH R. RUSSONIELLO
United States Attorney

/S/ electronic signature authorized
_____
JUAN D. WALKER
Special Assistant United States Attorney
Attorneys for Ken Salazar, Secretary
U.S. Department of the Interior

## ~~PROPOSED~~ ORDER

The Initial Case Management Conference in the above-entitled case, will be continued until July 23, 2010 at 1:30 p.m. Plaintiff shall file the consent to have this case heard by a magistrate judge referenced in the parties' joint case management statement by no later than July 16, 2010.

DATED: July 13, 2010         _____
JEFFREY S. WHITE
United States District Judge