**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8                              UNITED STATES DISTRICT COURT
9                            NORTHERN DISTRICT OF CALIFORNIA
10
11   O'MARA,                                    No. C-10-01378 DMR
12          Plaintiff,                          **ORDER VACATING CASE
                                                MANAGEMENT CONFERENCE**
13      v.
14   SALAZAR,
15          Defendant.
16   _____/
17
18   TO ALL PARTIES AND COUNSEL OF RECORD:
19          YOU ARE NOTIFIED THAT the case management conference before Magistrate Judge
20   Donna M. Ryu set for **October 20, 2010 at 1:30 p.m.** is VACATED.
21          IT IS SO ORDERED.
22
23   Dated:  October 15, 2010
24                                              _____
                                                DONNA M. RYU
25                                              United States Magistrate Judge
26
27
28