1  MARY DRYOVAGE (CA SBN 112551)
   Law Offices of Mary Dryovage
2
       351 California Street, Suite 700
3      San Francisco, CA 94104
       Phone: 415 593-0095
4      Fax:       415 399-8792
       E-mail: mdryovage@igc.org
5
   Attorney for Plaintiff KAREN S. O'MARA
6

7  BENJAMIN B. WAGNER (SBN 163581)
   United States Attorney
8  SYLVIA QUAST (SBN 159011)
   Assistant U.S. Attorney
9
       501 I Street, Suite 10-100
10     Sacramento, California 95814
       Telephone: (916) 554-2700
11     Facsimile: (916) 554-2900
       Email: sylvia.quast@usdoj.gov
12
   Attorneys for Defendant KEN SALAZAR
13

14
                       UNITED STATES DISTRICT COURT
15
                       NORTHERN DISTRICT OF CALIFORNIA
16

17 KAREN S. O'MARA,                      )
                                         ) Docket No. CV-10-1378 DMR
18              Plaintiff,               )
                                         )
19 v.                                    ) **STIPULATION OF DISMISSAL**
                                         )
20 KEN SALAZAR, SECRETARY OF THE         )
   U.S. DEPARTMENT OF INTERIOR,          )
21                                       )
                Defendant.               )
22 _____)

23

24     IT IS HEREBY STIPULATED by and between the parties hereto through their

25 respective attorneys of record that the above-captioned action be and hereby is dismissed with

26 ///

27 ///

28 ///

**STIPULATION OF DISMISSAL**
*O'Mara v. Salazar*, CV-10-1378 DMR            1

1 | prejudice.

2
3 | DATED: November 24, 2010        LAW OFFICES OF MARY DRYOVAGE

4 |                                 /S/ electronic signature authorized
5 |                                 _____
  |                                 MARY DRYOVAGE
  |                                 Attorney for Karen O'Mara
6
7 | DATED: November 26, 2010        BENJAMIN B. WAGNER
  |                                 United States Attorney
8
9 |                                 /S/ electronic signature authorized
10|                                 _____
  |                                 SYLVIA QUAST
  |                                 Assistant United States Attorney
11|                                 Attorneys for Ken Salazar, Secretary
  |                                 U.S. Department of the Interior
12

13 | **ORDER**

14 | The Court, having been informed that the parties have stipulated to the dismissal of this
15 | action with prejudice,
16 |     IT IS SO ORDERED.
17
18 | Dated:  November 29, 2010        _____
  |                                  HONORABLE DONNA M. RYU
19 |                                  UNITED STATES MAGISTRATE JUDGE